**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Heer Motel Partners, LLC, a California limited liability company; and Baljit S. Heer and Parvinder Heer, husband and wife,<br><br>    Defendants. | No. CV-05-2266-PHX-DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff's motion for preliminary injunction. Doc. #3. For the reasons set forth below, the Court will deny the motion without prejudice and set a hearing regarding the status of this case.

**Discussion**

Plaintiff commenced this action and filed the motion for preliminary injunction more than seven months ago on July 29, 2005. Docs. ##1, 3. Plaintiff did not serve process on Defendants within the time required by Rule 4(m) of the Federal Rules of Civil Procedure. The Court accordingly issued an order requiring Plaintiff to show cause why the case should not be dismissed for failure to prosecute. Doc. #5. The Court subsequently granted

1 Plaintiff's motion for extension of time to serve. Docs. ##6-7. Plaintiff filed affidavits of
2 service on January 19, 2006. Docs. ##8-10.

3 When Defendants did not file answers or otherwise respond to the complaint, the
4 Clerk entered default pursuant to Rule 55(a). Doc. # 12. On February 28, 2006, counsel for
5 Defendants was granted pro hac vice admission to appear and practice in this action. Docs.
6 ##14-15. To date, however, Defendants have not moved to set aside the entry of default. *See*
7 Fed. R. Civ. P. 55(c). Nor has Plaintiff moved for default judgment. *See* Fed. R. Civ. P.
8 55(b). The Court accordingly will deny the motion for preliminary injunction without
9 prejudice and set hearing regarding the status of the case.

10 **IT IS ORDERED:**

11 1. Plaintiff's motion for preliminary injunction (Doc. #3) is **denied without**
12 **prejudice**.

13 2. A status hearing is set for **March 30, 2006, at 4:00 p.m.**

14 DATED this 14th day of March, 2006.

_____
David G. Campbell
United States District Judge